JACQUELINE P. COX
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
AMOS, DEIDRA                              §        Case No. 09-01699
AMOS, TYRONE                              §
                                          §
                                          §
            Debtor(s)                     §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The case was converted to one under Chapter 7 on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: 09-01699 JPC Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
| Case Name: AMOS, DEIDRA | Date Filed (f) or Converted (c): | 04/14/11 (c) |
| AMOS, TYRONE | 341(a) Meeting Date: | 06/02/11 |
| For Period Ending: 04/24/14 | Claims Bar Date: | 09/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate 18739 Crawford, Flossmoor | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401(K) | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. 2004 Mecedes | 11,900.00 | 0.00 | | 0.00 | FA |
| 9. Cooper's Hawk Lawsuit (u) | 0.00 | 38,500.00 | | 38,500.00 | FA |
| 10. 2006 BMWX5 (u) | 0.00 | 0.00 | | 0.00 | FA |
| Amended Schedule B 5/12/2011 | | | | | |
| TOTALS (Excluding Unknown Values) | $318,100.00 | $38,500.00 | | $38,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/20    Current Projected Date of Final Report (TFR): 05/01/14

FORM 2

Page: 1
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-01699 -JPC | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | AMOS, DEIDRA | Bank Name: | Associated Bank |
| | AMOS, TYRONE | Account Number / CD #: | *******9804 Checking Account |
| Taxpayer ID No: | *******2857 | | |
| For Period Ending: | 04/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 26,119.28 | | 26,119.28 |
| 04/01/14 | 005001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | pro rata bond premium | 2300-000 | | 25.59 | 26,093.69 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 26,119.28 | 25.59 | 26,093.69 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 26,119.28 | 0.00 | |
| | | Subtotal | 0.00 | 25.59 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 25.59 | |

Page Subtotals        26,119.28        25.59

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*
LFORM24
Ver: 17.05c

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-01699 -JPC | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | AMOS, DEIDRA | Bank Name: | Congressional Bank |
| | AMOS, TYRONE | Account Number / CD #: | *******0916  Congressional Bank |
| Taxpayer ID No: | *******2857 | | |
| For Period Ending: | 04/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/13 | 9 | Mark L. Karno & Associates | Settlement for Coopers Hawk | | 26,334.08 | | 26,334.08 |
| | | MARK L. KARNO & ASSOCIATES | Memo Amount:    (      12,165.92 ) | 3210-600 | | | |
| | | | Fees and Costs | | | | |
| | | MARK L. KARNO & ASSOCIATES | Memo Amount:        38,500.00 | 1242-000 | | | |
| | | | Settlement of Lawsuit | | | | |
| 07/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 21.64 | 26,312.44 |
| * 08/05/13 | | Congressional Bank | Bank Charges | 2600-003 | 27.94 | | 26,340.38 |
| 08/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 27.94 | 26,312.44 |
| * 08/21/13 | | Reverses Adjustment IN on 08/05/13 | Bank Charges | 2600-003 | -27.94 | | 26,284.50 |
| | | | Negative not positive. | | | | |
| 09/11/13 | | Congressional Bank | Bank Charges | 2600-000 | | 27.90 | 26,256.60 |
| 10/03/13 | | Congressional Bank | Bank Charges | 2600-000 | | 26.99 | 26,229.61 |
| 11/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 27.85 | 26,201.76 |
| 12/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 26.92 | 26,174.84 |
| 01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 27.79 | 26,147.05 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 27.77 | 26,119.28 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 26,119.28 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 38,500.00 | COLUMN TOTALS | 26,334.08 | 26,334.08 | 0.00 |
| Memo Allocation Disbursements: | 12,165.92 | Less:  Bank Transfers/CD's | 0.00 | 26,119.28 | |
| | | Subtotal | 26,334.08 | 214.80 | |
| Memo Allocation Net: | 26,334.08 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 26,334.08 | 214.80 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 38,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 12,165.92 | Checking Account - ********9804 | 0.00 | 25.59 | 26,093.69 |
| | | Congressional Bank - ********0916 | 26,334.08 | 214.80 | 0.00 |
| Total Memo Allocation Net: | 26,334.08 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 26,334.08 | 240.39 | 26,093.69 |

Page Subtotals    26,334.08    26,334.08

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 09-01699 -JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | AMOS, DEIDRA | | Bank Name: | Congressional Bank |
| | AMOS, TYRONE | | Account Number / CD #: | *******0916  Congressional Bank |
| Taxpayer ID No: | *******2857 | | | |
| For Period Ending: | 04/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.05c

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 24, 2014 |
|---|---|---|---|---|---|---|

Case Number: 09-01699
Debtor Name: AMOS, DEIDRA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $4,682.60 | $0.00 | $4,682.60 |
| 001<br>3210-60 | MARK L. KARNO & ASSOCIATES | Administrative | | $12,165.92 | $12,165.92 | $0.00 |
| 001<br>2100-00 | Philip V. Martino, Trustee<br>for Deidra and Tyrone Amos | Administrative | | $4,600.00 | $0.00 | $4,600.00 |
| 000008<br>050<br>4210-00 | DCFS USA LLC<br>c/o Riezman Berger, P.C.<br>7700 Bonhomme Ave 7th Floor,<br>St. Louis, MO 63105 | Secured | | $0.00 | $0.00 | $0.00 |
| 000013<br>040<br>5800-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7317 | Priority | | $8,932.00 | $0.00 | $8,932.00 |
| 000001<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $932.20 | $0.00 | $932.20 |
| 000002<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $557.70 | $0.00 | $557.70 |
| 000003<br>070<br>7100-00 | Saxon Mortgage<br>1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120 | Unsecured | Claim 12 amends this Claim 3.  Claim No. 3 is replaced by Claim No. 12 and Claim No. 12 is reclassified as non-priority, general unsecured. | $0.00 | $0.00 | $0.00 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $29.00 | $0.00 | $29.00 |
| 000005<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $212.55 | $0.00 | $212.55 |
| 000006<br>070<br>7100-00 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $1,895.41 | $0.00 | $1,895.41 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 24, 2014 |

Case Number:   09-01699               Claim Class Sequence
Debtor Name:   AMOS, DEIDRA

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | City of Chicago Department of Revenue c/o Arnold Scott Harris PC. 222 Merchandise Mart Plaza #1900 Chicago, IL 60654 | Unsecured | | $1,034.00 | $0.00 | $1,034.00 |
| 000009 070 7100-00 | ARROW FINANCIAL SERVICES, LLC c o Jefferson Capital Systems LLC PO BOX 7999 SAINT CLOUD MN 56302-9617 Orig By: FIA CARD SERVICES N.A. (BANK OF | Unsecured | | $494.99 | $0.00 | $494.99 |
| 000010 070 7100-00 | Portfolio Recovery Associates, LLC P.O. Box 41067 Norfolk, VA 23541 | Unsecured | | $2,297.65 | $0.00 | $2,297.65 |
| 000011 070 7100-00 | eCAST Settlement Corporation assignee of Capital One Bank POB 35480 Newark NJ 07193-5480 | Unsecured | | $976.87 | $0.00 | $976.87 |
| 000012 070 7100-00 | Saxon Mortgage Services, Inc. 1270 Northland Drive, Suite 200 Mendota Heights, Minnesota 55120 | Unsecured | Claim 12 amends Claim 3. Pursuant to Court Order, dated 12/5/13, Claim No. 12 Amends Claim No. 3 and is reclassified to a non-priority, general unsecured claim. | $347,298.91 | $0.00 | $347,298.91 |
| 000013B 070 7100-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Unsecured | | $32,366.97 | $0.00 | $32,366.97 |
| 14 070 7100-00 | Sallie Mae c/o Sallie Mae, Inc. 220 Lesley Avenue Wilkes-Barre, PA 18706 | Unsecured | | $25,228.96 | $0.00 | $25,228.96 |
| 15 070 7100-00 | Nicor Gas P.O. Box 549 Aurora, IL 60507 | Unsecured | | $844.28 | $0.00 | $844.28 |
| | Case Totals: | | | $444,550.01 | $12,165.92 | $432,384.09 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-01699
Case Name: AMOS, DEIDRA
           AMOS, TYRONE
Trustee Name: PHILIP V. MARTINO

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |
| Other: MARK L. KARNO & ASSOCIATES | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ | $ | $ |
| 000002 | Roundup Funding, LLC | $ | $ | $ |
| 000004 | American Express Centurion Bank | $ | $ | $ |
| 000005 | American Express Centurion Bank | $ | $ | $ |
| 000006 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000007 | City of Chicago Department of Revenue | $ | $ | $ |
| 000009 | ARROW FINANCIAL SERVICES, LLC | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | eCAST Settlement Corporation assignee of Capital | $ | $ | $ |
| 000012 | Saxon Mortgage Services, Inc. | $ | $ | $ |
| 000013B | Internal Revenue Service | $ | $ | $ |
| 14 | Sallie Mae | $ | $ | $ |
| 15 | Nicor Gas | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE