JACQUELINE P. COX

**UNITED STATES BANKRUPTCY COURT**

NORTHERN  **DISTRICT OF**  ILLINOIS

CHICAGO  **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMOS, DEIDRA | § | Case No. 09-01699 |
| AMOS, TYRONE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　　　　　　　CLERK OF THE BANKRUPTCY COURT
　　　　　　　　　　219 SOUTH DEARBORN STREET, ROOM 713
　　　　　　　　　　CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/05/2014 in Courtroom 680,

　　　　　　　　　　United States Courthouse
　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/30/2014　　　　　　　　　　By: Clerk of the Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

*CHICAGO, IL 60654*

Case 09-01699    Doc 111    Filed 05/01/14    Entered 05/03/14 23:33:15    Desc Imaged
Certificate of Notice    Page 2 of 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
AMOS, DEIDRA § Case No. 09-01699
AMOS, TYRONE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 38,500.00 |
| and approved disbursements of | $ | 12,406.31 |
| leaving a balance on hand of[1] | $ | 26,093.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 4,600.00 | $ 0.00 | $ 4,600.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 4,622.00 | $ 0.00 | $ 4,622.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 60.60 | $ 0.00 | $ 60.60 |
| Other: MARK L. KARNO & ASSOCIATES | $ 12,165.92 | $ 12,165.92 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,282.60 |
| Remaining Balance | $ 16,811.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,932.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Internal Revenue Service | $ 8,932.00 | $ 0.00 | $ 8,932.00 |
| | Total to be paid to priority creditors | | | $ 8,932.00 |
| | Remaining Balance | | | $ 7,879.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 414,169.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 932.20 | $ 0.00 | $ 17.73 |
| 000002 | Roundup Funding, LLC | $ 557.70 | $ 0.00 | $ 10.61 |
| 000004 | American Express Centurion Bank | $ 29.00 | $ 0.00 | $ 0.55 |
| 000005 | American Express Centurion Bank | $ 212.55 | $ 0.00 | $ 4.04 |
| 000006 | eCAST Settlement Corporation assignee of | $ 1,895.41 | $ 0.00 | $ 36.06 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | City of Chicago Department of Revenue | $ 1,034.00 | $ 0.00 | $ 19.67 |
| 000009 | ARROW FINANCIAL SERVICES, LLC | $ 494.99 | $ 0.00 | $ 9.42 |
| 000010 | Portfolio Recovery Associates, LLC | $ 2,297.65 | $ 0.00 | $ 43.71 |
| 000011 | eCAST Settlement Corporation assignee of Capital | $ 976.87 | $ 0.00 | $ 18.58 |
| 000012 | Saxon Mortgage Services, Inc. | $ 347,298.91 | $ 0.00 | $ 6,606.96 |
| 000013B | Internal Revenue Service | $ 32,366.97 | $ 0.00 | $ 615.74 |
| 14 | Sallie Mae | $ 25,228.96 | $ 0.00 | $ 479.95 |
| 15 | Nicor Gas | $ 844.28 | $ 0.00 | $ 16.07 |

Total to be paid to timely general unsecured creditors    $    7,879.09

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 09-01699-JPC
Deidra Amos                                                          Chapter 7
Tyrone Amos
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: acox                 Page 1 of 2                    Date Rcvd: May 01, 2014
                              Form ID: pdf006            Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2014.
```
db/jdb     +Deidra Amos,    Tyrone Amos,    18739 Crawford,    Flossmoor, IL 60422-1033
aty        +Deadra Woods Stokes,    Deadra Woods Stokes & Associates PC,    4747 W Lincoln Mall Drive,
             Suite 410,    matteson, IL 60443-3821
aty        +Quarles & Brady LLP,    300 North LaSalle Street,    Suite 4000,    Chicago, IL 60654-5427
17273959   +ACL,   P.O. Box 27901,    Milwaukee, WI 53227-0901
13772685   +ARROW FINANCIAL SERVICES, LLC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
             SAINT CLOUD MN 56302-7999,    Orig By: FIA CARD SERVICES N.A. (BANK OF
17273960   +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4539
17273961   +Advocate South Suburban Hospital,    17800 Kedzie Avenue,    Hazel Crest, IL 60429-0989
13072557   +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13508227    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13072558   +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
13072559  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
           (address filed with court: Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,
             Greensboro, NC 27420)
13072560   +Brinks Home Security,    8880 Esters Blvd,    Irving, TX 75063-2419
17273962   +CBNA,   1000 Technology Dr,    O Fallon, MO 63368-2239
13072565  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
           (address filed with court: Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
13072561   +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 100018,    Kennesaw, GA 30156-9204
13072562   +Chase- BP,    Attention: Banktruptcy Department,    Po Box 100018,    Kennesaw, GA 30156-9204
13072563   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13072564   +Citibank / Sears,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13072566   +Citibank Na,    1000 Technology Dr,    O Fallon, MO 63368-2239
13546602   +City of Chicago Department of Revenue,    c/o Arnold Scott Harris PC.,
             222 Merchandise Mart Plaza #1900,    Chicago, IL 60654-1421
13072567   +City of Chicago-Dept of Revenue,    121 N. LaSalle Street,    Chicago, IL 60602-1202
13565997   +DCFS USA LLC,    c/o Riezman Berger, P.C.,    7700 Bonhomme Ave 7th Floor,,
             St. Louis, MO 63105-1960
13072569   +Diversifd Co,    900 South Highway,    Fenton, MO 63026-2042
13072570   +Dsnb Macys,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
13072571   +Evans Fur,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
13072572   +Freedman Anselmo Linsberg & Rappe,    P.O. Box 3107,    Naperville, IL 60566-7107
17274008   +Homewood-Flossmoor Dental Care,    Walter D. Flor, D.D.S. & Associates,    18340 Governors Hwy.,
             Homewood, IL 60430-2910
17273937    Internal Revenue Service,    PO Box 291236,    Kansas City, MO 64121-9236
17274009   +Keynote Consulting,    220 W Campus Dr Ste 102,    Arlington Heights, IL 60004-1498
13072575   +Keynote Consulting,    600 W Jackson,    Chicago, IL 60661-5636
17274011    Linebarger Goggan Blair & Sampson,    P.O. Box 06152,    Chicago, IL 60606-0152
17273894   +MB Financial Service,    36455 Corporate Dr,    Farmington Hills, MI 48331-3552
13072577   +Mercedes-benz Financia,    Customer Service,    Po Box 8065,    Royal Oak, MI 48068-8065
17274013    Northwestern Medical Faculty Founda,    38693 Eagle Way,    Chicago, IL 60678-1386
16180004  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,    P.O. Box 41067,
             Norfolk, VA 23541)
13072581   +Saxon Mortgage,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
13506940   #+Saxon Mortgage,    4708 Mercantile Dr.,    Fort Worth, TX 76137-3605
16559753   +Saxon Mortgage Services, Inc.,    1270 Northland Drive, Suite 200,
             Mendota Heights, Minnesota 55120-1176
13072584   +Wfnnb/harlem Furniture,    Po Box 182273 - Wf,    Columbus, OH 43218-2273
17247895    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
13533597    eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
             Newark NJ 07193-5480
13930046    eCAST Settlement Corporation assignee of Capital,    One Bank,    POB 35480,    Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17273893   +E-mail/Text: coafinternalbkteam@capitaloneauto.com May 02 2014 01:26:28
             Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
13072568   +E-mail/Text: clerical.department@yahoo.com May 02 2014 01:23:55      Creditors Collection B,
             755 Almar Pkwy,    Bourbonnais, IL 60914-2393
20690332   +E-mail/Text: cio.bncmail@irs.gov May 02 2014 01:24:24
             Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13072573   +E-mail/PDF: gecsedi@recoverycorp.com May 02 2014 01:29:21      GEMB / Walmart,
             Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13072574   +E-mail/PDF: gecsedi@recoverycorp.com May 02 2014 01:29:46      Gemb/3 Day Blinds,    Po Box 981439,
             El Paso, TX 79998-1439
13815672    E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2014 01:28:40
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13072576   +E-mail/Text: pfinn@mcscol.com May 02 2014 01:26:24      Medical Collections Sy,
             725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
```

```
District/off: 0752-1          User: acox                  Page 2 of 2                   Date Rcvd: May 01, 2014
                              Form ID: pdf006             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17274012       E-mail/Text: mmrgbk@miramedrg.com May 02 2014 01:25:11      MiraMed Revenue Group, LLC,
                 991 Oak Creek Drive,   Lombard, IL 60148-6408
13072578      +E-mail/Text: electronicbkydocs@nelnet.net May 02 2014 01:25:12      Nelnet Lns,
                 Attention: Claims,   Po Box 17460,   Denver, CO 80217-0460
20925702      +E-mail/Text: bankrup@aglresources.com May 02 2014 01:23:48      Nicor Gas,   PO Box 549,
                 Aurora, IL 60507-0549
13072579      +E-mail/Text: bankrup@aglresources.com May 02 2014 01:23:48      Nicor Gas,
                 Attention: Bankruptcy Department,   1844 Ferry Road,    Naperville, IL 60563-9662
13080500       E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2014 01:27:36      Roundup Funding, LLC,
                 MS 550,   PO Box 91121,   Seattle, WA 98111-9221
20771461      +E-mail/PDF: pa_dc_claims@navient.com May 02 2014 01:28:36      Sallie Mae,   c/o Sallie Mae, Inc.,
                 220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
13072580      +E-mail/PDF: pa_dc_claims@navient.com May 02 2014 01:29:34      Sallie Mae,   Attn: Claims Dept,
                 Po Box 9500,   Wilkes Barre, PA 18773-9500
13072582      +E-mail/Text: bankruptcy@sw-credit.com May 02 2014 01:25:10      Southwest Credit Syste,
                 5910 W Plano Pkwy Ste 100,   Plano, TX 75093-2202
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13072583       Toyota Motor Credit,   Must call 800-874-8822 for mailing addre
13508228*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
20690333*      Department of Treasury-Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
20690334*     +Department of Treasury-Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2014 at the address(es) listed below:
          Deadra F Woods Stokes    on behalf of Debtor Deidra  Amos dwslawpc@gmail.com,
           dws@deadrawoodsstokes.com;klesure@deadrawoodsstokes.com
          Deadra F Woods Stokes    on behalf of Joint Debtor Tyrone  Amos dwslawpc@gmail.com,
           dws@deadrawoodsstokes.com;klesure@deadrawoodsstokes.com
          Kathryn A Klein    on behalf of Creditor    DCFS USA LLC iln@riezmanberger.com
          Kathryn A Klein    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA
           LLC iln@riezmanberger.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino, ESQ    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
          Sarah  Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
           stella.love@quarles.com
          Steven C Lindberg    on behalf of Creditor    Saxon Mortgage bankruptcy@fallaw.com
          Steven C Lindberg    on behalf of Creditor    Deutsche Bank National Trust Company....
           bankruptcy@fallaw.com
                                                                                              TOTAL: 10
```