JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| AMOS, DEIDRA | § | Case No. 09-01699 |
| AMOS, TYRONE | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on           , and it was converted to chapter 7 on         . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/PHILIP V. MARTINO_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | DCFS USA LLC |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CONGRESSIONAL | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| MARK L. KARNO & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000009 | ARROW FINANCIAL SERVICES, LLC | | | | | |
| 000007 | CITY OF CHICAGO DEPARTMENT OF REVEN | | | | | |
| | CLERK OF THE BANKRUPTCY COURT | | | | | |
| 000006 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000011 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013B | INTERNAL REVENUE SERVICE | | | | | |
| 15 | NICOR GAS | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | ROUNDUP FUNDING, LLC | | | | | |
| 000002 | ROUNDUP FUNDING, LLC | | | | | |
| 14 | SALLIE MAE | | | | | |
| 000003 | SAXON MORTGAGE | | | | | |
| 000012 | SAXON MORTGAGE SERVICES, INC. | | | | | |
| | UNITED STATES BANKRUPTCY CLERK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 09-01699   Doc 119   Filed 12/12/14   Entered 12/12/14 12:14:49   Desc Main
Document      Page 7 of 15

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No.: | 09-01699 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | AMOS, DEIDRA | | | Date Filed (f) or Converted (c): | 04/14/11 (c) |
| | AMOS, TYRONE | | | 341(a) Meeting Date: | 06/02/11 |
| For Period Ending: | 11/11/14 | | | Claims Bar Date: | 09/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate 18739 Crawford, Flossmoor | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401(K) | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. 2004 Mecedes | 11,900.00 | 0.00 | | 0.00 | FA |
| 9. Cooper's Hawk Lawsuit (u) | 0.00 | 38,500.00 | | 38,500.00 | FA |
| 10. 2006 BMWX5 (u) | 0.00 | 0.00 | | 0.00 | FA |
| Amended Schedule B 5/12/2011 | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $318,100.00 | $38,500.00 | | $38,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/20     Current Projected Date of Final Report (TFR): 05/01/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-01699 -JPC | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | AMOS, DEIDRA | | Bank Name: | ASSOCIATED BANK |
| | AMOS, TYRONE | | Account Number / CD #: | *******9804 Checking Account |
| Taxpayer ID No: | *******2857 | | | |
| For Period Ending: | 11/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 26,119.28 | | 26,119.28 |
| 04/01/14 | 005001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | pro rata bond premium | 2300-000 | | 25.59 | 26,093.69 |
| 06/11/14 | 005002 | Philip V. Martino, Trustee for Deidra and Tyrone Amos | Trustee Compensation | 2100-000 | | 4,600.00 | 21,493.69 |
| 06/11/14 | 005003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee Fees 4,622.00 Expenses 60.60 | 3110-000 3120-000 | | 4,682.60 | 16,811.09 |
| * 06/11/14 | 005004 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Claim 000013, Payment 100.00000% | 5800-003 | | 8,932.00 | 7,879.09 |
| 06/11/14 | 005005 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000001, Payment 1.90195% | 7100-000 | | 17.73 | 7,861.36 |
| 06/11/14 | 005006 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000002, Payment 1.90246% | 7100-000 | | 10.61 | 7,850.75 |
| 06/11/14 | 005007 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | Claim 000006, Payment 1.90249% (6-1) Credit Card Debt | 7100-000 | | 36.06 | 7,814.69 |
| 06/11/14 | 005008 | City of Chicago Department of Revenue c/o Arnold Scott Harris PC. 222 Merchandise Mart Plaza #1900 Chicago, IL 60654 | Claim 000007, Payment 1.90232% | 7100-000 | | 19.67 | 7,795.02 |
| | | | Page Subtotals | | 26,119.28 | 18,324.26 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 09-01699 -JPC | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | AMOS, DEIDRA | Bank Name: | ASSOCIATED BANK |
| | AMOS, TYRONE | Account Number / CD #: | *******9804 Checking Account |
| Taxpayer ID No: | *******2857 | | |
| For Period Ending: | 11/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/11/14 | 005009 | ARROW FINANCIAL SERVICES, LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: FIA CARD SERVICES N.A. (BANK OF | Claim 000009, Payment 1.90307% | 7100-004 | | 9.42 | 7,785.60 |
| * 06/11/14 | 005009 | ARROW FINANCIAL SERVICES, LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: FIA CARD SERVICES N.A. (BANK OF | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -9.42 | 7,795.02 |
| 06/11/14 | 005010 | Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | Claim 000010, Payment 1.90238% | 7100-000 | | 43.71 | 7,751.31 |
| 06/11/14 | 005011 | eCAST Settlement Corporation assignee of Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000011, Payment 1.90199% | 7100-000 | | 18.58 | 7,732.73 |
| 06/11/14 | 005012 | Saxon Mortgage Services, Inc.<br>1270 Northland Drive, Suite 200<br>Mendota Heights, Minnesota 55120 | Claim 000012, Payment 1.90238%<br>resent to Ocwen Loan Servicing, LLC<br>1611 Worthington Road Suite 100<br>West Palm Beach, FL 33409-6480 | 7100-000 | | 6,606.96 | 1,125.77 |
| * 06/11/14 | 005013 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Claim 000013B, Payment 1.90237% | 7100-003 | | 615.74 | 510.03 |
| 06/11/14 | 005014 | Sallie Mae<br>c/o Sallie Mae, Inc.<br>220 Lesley Avenue<br>Wilkes-Barre, PA 18706 | Claim 14, Payment 1.90238% | 7100-000 | | 479.95 | 30.08 |
| 06/11/14 | 005015 | Nicor Gas<br>P.O. Box 549 | Claim 15, Payment 1.90340% | 7100-000 | | 16.07 | 14.01 |

Page Subtotals          0.00          7,781.01

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-01699 -JPC | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | AMOS, DEIDRA | Bank Name: | ASSOCIATED BANK |
| | AMOS, TYRONE | Account Number / CD #: | *******9804 Checking Account |
| Taxpayer ID No: | *******2857 | | |
| For Period Ending: | 11/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/11/14 | 005016 | Aurora, IL 60507<br>UNITED STATES TRUSTEE<br>Dirksen Federal Court House<br>Suite 873<br>219 South Dearborn Street<br>Chicago, IL 60604 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #      CLAIM #        DIVIDEND<br>================================ | | | 4.59 | 9.42 |
| * | | | 4          000004          0.55 | 7100-001 | | | |
| * | | | 5          000005          4.04 | 7100-001 | | | |
| * 06/20/14 | 005016 | UNITED STATES TRUSTEE<br>Dirksen Federal Court House<br>Suite 873<br>219 South Dearborn Street<br>Chicago, IL 60604 | VOID<br>Check needs to be made out to the Clerk of the Court not the U.S. Trustee | | | -4.59 | 14.01 |
| 06/20/14 | 005017 | UNITED STATES BANKRUPTCY CLERK | REMITTED TO COURT<br>Claim No. 4  $.55<br>Claim No. 5 $4.04<br>Values under $5.00 | 7100-000 | | 4.59 | 9.42 |
| * 06/25/14 | 005004 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7317 | Claim 000013, Payment 100.00000%<br>IRS states that the claim was paid in full. | 5800-003 | | -8,932.00 | 8,941.42 |
| * 06/25/14 | 005013 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7317 | Claim 000013B, Payment 1.90237%<br>IRS states that the claim was paid in full. | 7100-003 | | -615.74 | 9,557.16 |
| 06/30/14 | 005018 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000001, Payment 2.50054% | 7100-000 | | 23.31 | 9,533.85 |
| 06/30/14 | 005019 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121 | Claim 000002, Payment 2.50134% | 7100-000 | | 13.95 | 9,519.90 |

Page Subtotals            0.00         -9,505.89

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01699 -JPC | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | AMOS, DEIDRA | Bank Name: | ASSOCIATED BANK |
| | AMOS, TYRONE | Account Number / CD #: | *******9804  Checking Account |
| Taxpayer ID No: | *******2857 | | |
| For Period Ending: | 11/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 06/30/14 | 005020 | Seattle, WA 98111-9221<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 2.50765%<br>(5-1) Credit Card Debt | 7100-000 | | 5.33 | 9,514.57 |
| | 06/30/14 | 005021 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000006, Payment 2.50078%<br>(6-1) Credit Card Debt | 7100-000 | | 47.40 | 9,467.17 |
| | 06/30/14 | 005022 | City of Chicago Department of Revenue<br>c/o Arnold Scott Harris PC.<br>222 Merchandise Mart Plaza #1900<br>Chicago, IL 60654 | Claim 000007, Payment 2.50097% | 7100-000 | | 25.86 | 9,441.31 |
| | 06/30/14 | 005023 | ARROW FINANCIAL SERVICES, LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: FIA CARD SERVICES N.A. (BANK OF | Claim 000009, Payment 2.49904% | 7100-000 | | 12.37 | 9,428.94 |
| | 06/30/14 | 005024 | Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | Claim 000010, Payment 2.50038% | 7100-000 | | 57.45 | 9,371.49 |
| | 06/30/14 | 005025 | eCAST Settlement Corporation assignee of Capital<br>One Bank<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000011, Payment 2.50084% | 7100-000 | | 24.43 | 9,347.06 |
| * | 06/30/14 | 005026 | Saxon Mortgage Services, Inc.<br>1270 Northland Drive, Suite 200<br>Mendota Heights, Minnesota 55120 | Claim 000012, Payment 2.50070%<br>resent to Ocwen Loan Servicing, LLC<br>1611 Worthington Road Suite 100<br>West Palm Beach, FL  33409-6480 | 7100-004 | | 8,684.91 | 662.15 |
| * | 06/30/14 | 005026 | Saxon Mortgage Services, Inc. | Stop Payment Reversal | 7100-004 | | -8,684.91 | 9,347.06 |

Page Subtotals         0.00         172.84

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01699 -JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | AMOS, DEIDRA | | Bank Name: | ASSOCIATED BANK |
| | AMOS, TYRONE | | Account Number / CD #: | *******9804  Checking Account |
| Taxpayer ID No: | *******2857 | | | |
| For Period Ending: | 11/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/14 | 005027 | 1270 Northland Drive, Suite 200<br>Mendota Heights, Minnesota 55120<br>Sallie Mae<br>c/o Sallie Mae, Inc.<br>220 Lesley Avenue<br>Wilkes-Barre, PA  18706 | STOP PAY ADD SUCCESSFUL<br><br>Claim 14, Payment 2.50070% | 7100-000 | | 630.90 | 8,716.16 |
| 06/30/14 | 005028 | Nicor Gas<br>P.O. Box 549<br>Aurora, IL  60507 | Claim 15, Payment 2.50036% | 7100-000 | | 21.11 | 8,695.05 |
| * 10/02/14 | 005029 | U.S. Bankruptcy Court Clerk | Unclaimed Funds<br>Claim 4 American Express $0.72<br>Claim 9 Arrow $9.42<br>Claim 12 Saxxon | 7100-003 | | 8,695.05 | 0.00 |
| * 10/02/14 | 005029 | U.S. Bankruptcy Court Clerk | Unclaimed Funds<br>Wrong procedure for turning over to court. | 7100-003 | | -8,695.05 | 8,695.05 |
| * 10/02/14 | 005030 | CLERK OF THE BANKRUPTCY COURT<br>219 SOUTH DEARBORN STREET,  ROOM 713<br>CHICAGO, IL  60604 | Claim 000012, Payment 2.50070%<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #       DIVIDEND<br>================================ | | | 8,694.33 | 0.72 |
| * | | | 12          000012          8,684.91 | 7100-001 | | | |
| * | | | 9            000009                9.42 | 7100-001 | | | |
| * 10/22/14 | 005030 | CLERK OF THE BANKRUPTCY COURT<br>219 SOUTH DEARBORN STREET,  ROOM 713<br>CHICAGO, IL  60604 | VOID | | | -8,694.33 | 8,695.05 |
| 10/23/14 | 005031 | Clerk of the Bankruptcy Court | TURNOVER OF UNCLAIMED FUNDS | 7100-000 | | 8,695.05 | 0.00 |

Page Subtotals        0.00        9,347.06

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-01699 -JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | AMOS, DEIDRA | | Bank Name: | ASSOCIATED BANK |
| | AMOS, TYRONE | | Account Number / CD #: | *******9804  Checking Account |
| Taxpayer ID No: | *******2857 | | | |
| For Period Ending: | 11/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 26,119.28 | 26,119.28 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 26,119.28 | 0.00 | |
| | | | Subtotal | | 0.00 | 26,119.28 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 26,119.28 | |

Page Subtotals        0.00        0.00

Ver: 18.03a

Case 09-01699 Doc 119 Filed 12/12/14 Entered 12/12/14 12:14:49 Desc Main
Document Page 14 of 15

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01699 -JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | AMOS, DEIDRA | | Bank Name: | CONGRESSIONAL BANK |
| | AMOS, TYRONE | | Account Number / CD #: | *******0916  Congressional Bank |
| Taxpayer ID No: | *******2857 | | | |
| For Period Ending: | 11/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/13 | 9 | Mark L. Karno & Associates | Settlement for Coopers Hawk | | 26,334.08 | | 26,334.08 |
| | | MARK L. KARNO & ASSOCIATES | Memo Amount:  ( 12,165.92 ) | 3210-600 | | | |
| | | | Fees and Costs | | | | |
| | | MARK L. KARNO & ASSOCIATES | Memo Amount:  38,500.00 | 1242-000 | | | |
| | | | Settlement of Lawsuit | | | | |
| 07/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 21.64 | 26,312.44 |
| * 08/05/13 | | Congressional Bank | Bank Charges | 2600-003 | 27.94 | | 26,340.38 |
| 08/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 27.94 | 26,312.44 |
| * 08/21/13 | | Reverses Adjustment IN on 08/05/13 | Bank Charges | 2600-003 | -27.94 | | 26,284.50 |
| | | | Negative not positive. | | | | |
| 09/11/13 | | Congressional Bank | Bank Charges | 2600-000 | | 27.90 | 26,256.60 |
| 10/03/13 | | Congressional Bank | Bank Charges | 2600-000 | | 26.99 | 26,229.61 |
| 11/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 27.85 | 26,201.76 |
| 12/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 26.92 | 26,174.84 |
| 01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 27.79 | 26,147.05 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 27.77 | 26,119.28 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 26,119.28 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 38,500.00 | | COLUMN TOTALS | | 26,334.08 | 26,334.08 | 0.00 |
| Memo Allocation Disbursements: | 12,165.92 | | Less: Bank Transfers/CD's | | 0.00 | 26,119.28 | |
| | | | Subtotal | | 26,334.08 | 214.80 | |
| Memo Allocation Net: | 26,334.08 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 26,334.08 | 214.80 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 38,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 12,165.92 | Checking Account - ********9804 | 0.00 | 26,119.28 | 0.00 |
| | | Congressional Bank - ********0916 | 26,334.08 | 214.80 | 0.00 |
| Total Memo Allocation Net: | 26,334.08 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 26,334.08 | 26,334.08 | 0.00 |
| | | Page Subtotals | 26,334.08 | 26,334.08 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8
Exhibit 9

| Case No: | 09-01699 -JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | AMOS, DEIDRA | | Bank Name: | CONGRESSIONAL BANK |
| | AMOS, TYRONE | | Account Number / CD #: | *******0916  Congressional Bank |
| Taxpayer ID No: | *******2857 | | | |
| For Period Ending: | 11/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*